**FAEGRE DRINKER BIDDLE & REATH LLP**
Tarifa B. Laddon (SBN 240419)
11766 Wilshire Boulevard, Suite 750
Los Angeles, CA  90025
Telephone:  310-500-2126
Fax:        310-500-2091
Email:      tarifa.laddon@faegredrinker.com

**FAEGRE DRINKER BIDDLE & REATH LLP**
R. Trevor Carter (*pro hac vice*)
Andrew M. McCoy (*pro hac vice*)
Reid E. Dodge (*pro hac vice*)
300 N. Meridian St., Suite 2500
Indianapolis, IN 46204
Telephone:  317-237-0300
Fax:        317-237-1000
Email:      trevor.carter@faegredrinker.com
            andrew.mccoy@faegredrinker.com
            reid.dodge@faegredrinker.com

Attorneys for Plaintiffs
Intex Recreation Corp. and Intex Marketing Ltd.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| In Re: Intex Recreation Corp., et al. | Lead Case No.:  LA CV-16-03300-JAK (Ex) |
| Intex Recreation Corp.,<br><br>                    Plaintiff,<br><br>v.<br><br>Bestway (USA), Inc., et al.<br><br>                    Defendants. | Consolidated Case No.:<br>LA CV16-03950 JAK (Ex)<br><br>**JOINT STATUS REPORT** |

Faegre Drinker
Biddle & Reath LLP
Attorneys At Law
Los Angeles, CA

1  The parties jointly submit this Joint Status Report and proposed schedule

2  pursuant to the Court's January 21, 2020 Order.[1]  (Dkt. #150.)

3  **Background and Collective Positions on the '240 Proceeding (LA CV16-3950)**

4  The history of LA CV16-3950 is set forth in the parties' Stipulation to Stay

5  (Dkt. #111) and previous Joint Status Reports (including Dkts. #110, 130, and 149).

6  As set forth in Dkt. #149, the parties agree that the case should proceed with respect

7  to claims 18-22 and 30 of the '240 Patent.

8  The parties agree that additional discovery is necessary, including with

9  respect to the accused products, Intex's infringement and willful infringement

10  allegations, Bestway's invalidity defenses (if any) subsequent to the post-grant

11  review of the '240 Patent, and damages.  The parties also agree to discuss whether

12  to pursue private mediation.

13  The parties propose that the case resume according to the schedule set forth

14  in the attached Exhibit A – Schedule Of Pretrial And Trial Dates For Patent Case.

15

16

17  Dated:  February 4, 2020          **FAEGRE DRINKER BIDDLE & REATH LLP**

18

19  By:  */s/ R. Trevor Carter*
                                     R. Trevor Carter
20                                   Attorney for Plaintiffs

21

22  Dated: February 4, 2020          **DICKINSON WRIGHT PLLC**

23

24  By:  */s/ Steven A. Caloiaro*
                                     Steven A. Caloiaro
25                                   Attorney for Defendants

26

27  _____

28  [1] This matter originally consolidated four cases: -3300, -3483, -3950, and -1177.  The parties agreed to settle the -3300 case, which was dismissed in January 2017; and the -3483 and -1177 cases, which were dismissed July 18, 2018.  Accordingly, only the -3950 case remains pending.

FAEGRE DRINKER
BIDDLE & REATH LLP
ATTORNEYS AT LAW
LOS ANGELES, CA

1                    JOINT STATUS REPORT
LEAD CASE NO. LA CV-16-03300-JAK (Ex)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ATTESTATION

I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the content of this filing and have authorized the filing.

Dated:  February 4, 2020             */s/ R. Trevor Carter*_____

2

FAEGRE DRINKER
BIDDLE & REATH LLP
ATTORNEYS AT LAW
LOS ANGELES, CA

JOINT STATUS REPORT
LEAD CASE NO. LA CV-16-03300-JAK (Ex)