**EXHIBIT A – SCHEDULE OF PRETRIAL AND TRIAL DATES FOR PATENT CASE**

| Case No.: | 2:16-cv-03300-JAK-E (Lead Case) 2:16-cv-03950-JAK-E (Consolidated) |
|---|---|
| Case Name: | Intex Recreation Corp., et al. v. Bestway (USA), Inc., et al. |

| **Hearings:** | **Plaintiff(s) Request** | **Defendant(s) Request** | **Court Order** |
|---|---|---|---|
| Jury Trial Requested *(Tuesday at 9:00 a.m.)* <br><br>Duration Estimate: 5-7 Days | 15 days after pre-trial conference | | |
| Final Pretrial Conference ("FPTC") & Status Conference re Disputed Exhibits: **(Monday at 3:00 p.m.: Two weeks before the trial)** | | | |

| **Deadlines Completed:** | **Court Order** |
|---|---|
| Infringement Contentions (S.P.R. 2.1, 2.2) | Completed September 27, 2016, pursuant to S.P.R. 2.1, 2.2. |
| Early Meeting of the Parties; Initial Disclosures (S.P.R. 2.3) | Completed October 3, 2016, pursuant to S.P.R. 2.3. |
| Joint Rule 26(f) Report (S.P.R. 2.3) | Completed October 14, 2016, pursuant to Dkt. # 47, Scheduling Order. |
| Scheduling Conference (S.P.R. 2.4) | Completed October 24, 2016, pursuant to Dkt. # 47. |
| Invalidity Contentions (S.P.R. 2.5, 2.6) | Completed November 30, 2016, pursuant to Dkt. # 47. |
| Exchange of Claim Terms (S.P.R. 3.1) | Completed December 8, 2016, pursuant to Dkt. # 47. |
| Exchange Proposed Constructions and Evidence (S.P.R. 3.2) | Completed December 20, 2016, pursuant to Dkt. # 47. |

| **Deadlines Completed:** | **Court Order** |
|---|---|
| Patentee (Intex) to elect asserted claims (not to exceed 10 per patent) | Completed January 9, 2017, pursuant to Dkt. # 52, Order Setting Supplemental Timeline. |
| Complete Claim Construction Discovery (S.P.R. 3.3) | Completed January 16, 2017, pursuant to Dkt. # 47. |
| Joint Markman Prehearing Statement (S.P.R. 3.4) | Completed January 23, 2017, pursuant to Dkt. # 47. |
| Accused Infringer (Bestway) to select prior art for invalidity position (not to exceed 12 per patent) | Completed January 23, 2017, pursuant to Dkt. # 52. |
| Simultaneous Opening Markman Briefs (S.P.R. 3.5) | Completed January 30, 2017, pursuant to Dkt. # 47. |
| Simultaneously Responding Markman Briefs, Tutorials, and Presentation Materials (S.P.R. 3.5) | Completed February 13, 2017, pursuant to Dkt. # 47. |

| **Deadlines:** | **Weeks after Listed Event** | **Parties' Request** | **Court Order** |
|---|---|---|---|
| Supplemental Infringement Contentions (S.P.R. 2.1, 2.2) | | April 24, 2020 | |
| Supplemental Invalidity Contentions (S.P.R. 2.5, 2.6) | | May 22, 2020 | |
| Exchange of Claim Terms (S.P.R. 3.1) | | June 5, 2020 | |
| Exchange Proposed Constructions and Evidence (S.P.R. 3.2) | | June 15, 2020 | |
| Complete Claim Construction Discovery (S.P.R. 3.3) | | June 26, 2020 | |
| Joint Markman Prehearing Statement (S.P.R. 3.4) | | July 17, 2020 | |
| Accused Infringer (Bestway) to select prior art for invalidity position (not to exceed 12 per patent) | | July 17, 2020 | |

| | | |
|---|---|---|
| Simultaneous Exchange of Supplemental Opening *Markman* Briefs (if necessary) | | August 14, 2020 |
| Simultaneous Exchange of Supplemental Responding *Markman* Briefs (if necessary) | | September 4, 2020 |
| Markman Hearing (S.P.R. 3.6) | | September 2020 |
| Markman Decision | [set by Court] | |
| Patentee files Final Infringement Contentions, All Parties file Advice of Counsel Disclosures (S.P.R. 4.1, 4.4) | 3 weeks after Markman Decision | |
| Accused Infringer files Final Invalidity Contentions, Rebuttal Expert Reports, and Opening Expert Reports where Accused Infringer has burden of proof (S.P.R. 4.2) | 6 weeks after Markman Decision | |
| Discovery Cut-Off (S.P.R. 4.3) | 12 weeks after Markman Decision | |
| Expert Reports on issues where patentee has burden of proof (S.P.R. 4.1) | 14 weeks after Markman Decision | |
| Patentee's Rebuttal Expert Reports on issues where Accused Infringer has burden of proof (S.P.R. 4.3) | 16 weeks after Markman Decision | |
| Last Date to File Dispositive Motions (S.P.R. 4.5) | 20 weeks after Markman Decision | |

-iii-

PROPOSED SCHEDULE OF
PRETRIAL AND TRIAL DATES
LEAD CASE NO. LA CV-16-03300-JAK (Ex)

FAEGRE DRINKER
BIDDLE & REATH LLP
ATTORNEYS AT LAW
LOS ANGELES, CA

| Last Date to Hear Motions (not file) | 27 weeks after Markman Decision | | |
|---|---|---|---|
| Last Date to Add Parties/Amend Pleadings | - | - | Closed, pursuant to Dkt. No. 47 |

| **Settlement Procedure Selection** *(ADR-12 Form will be completed by Court after scheduling conference)* | **Plaintiff(s) Request** | **Court Order** |
|---|---|---|
| 1. Magistrate Judge<br>2. Attorney Settlement officer Panel<br>3. Outside ADR/Non-Judicial (Private) | 3. Outside ADR/Non-Judicial (Private) | |
| Last day to conduct settlement conference/mediation | | |
| Notice of Settlement/Joint Report re Settlement *(10 days before PMSC)* | | |
| Post Mediation Status Conference: *(Monday at 1:30 pm; 14 days after the last day to conduct settlement)* | | |

-iv-

PROPOSED SCHEDULE OF
PRETRIAL AND TRIAL DATES
LEAD CASE NO. LA CV-16-03300-JAK (Ex)

Faegre Drinker
Biddle & Reath LLP
Attorneys At Law
Los Angeles, CA