# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Intex Recreation Corp., et al. | Lead Case No. 2:16-cv-03300-JAK (Ex) |
| Intex Recreation Corp.,<br><br>Plaintiff,<br>v.<br>Bestway (USA), Inc., et al.<br><br>Defendants. | Consolidated Case No.:<br>2:16-cv-03950 JAK (Ex)<br><br>**[PROPOSED] ORDER VACATING JURY TRIAL AND PRE-TRIAL DEADLINES, AND MODIFYING CASE SCHEDULE** |

For the reasons set forth in the Parties' Joint Status Report and Joint Stipulation to Alter Case Schedule, Vacate Mediation, and Vacate Jury Trial and Pre-Trial Deadlines (the "Stipulation"), and good cause appearing therefor, the Stipulation is **GRANTED** as follows.

The March 31, 2025 mediation deadline, May 12, 2025 final pretrial conference, and June 3, 2025 jury trial are vacated. All pre-trial deadlines relating to the jury trial as set in ECF 580 are vacated. These dates will be re-set at a later date.

The evidentiary hearing on the estoppel issue is rescheduled to May ____, 2025. The evidentiary hearing shall be no more than seven (7) hours and each party

will have a maximum of three hours and thirty minutes to conduct cross examination and redirect.

**IT IS SO ORDERED.**

Dated:_____

_____
HON. JOHN A. KRONSTADT
United States District Judge