# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Intex Recreation Corp., et al. | Lead Case No. 2:16-cv-03300-JAK (Ex) |
| Intex Recreation Corp., <br><br> Plaintiff, <br> v. <br> Bestway (USA), Inc., et al. <br><br> Defendants. | Consolidated Case No.: 2:16-cv-03950 JAK (Ex) <br><br> **ORDER RE JOINT STATUS REPORT AND JOINT STIPULATION TO ALTER CASE SCHEDULE (DKT. 626)** |

Based on a review of the Joint Status Report and Joint Stipulation to Alter Case Schedule, Vacate Mediation Date, and Vacate Jury Trial and Pre-Trial Deadlines ("Stipulation" (Dkt. 626)), sufficient good cause has been shown for certain of the requested relief. Accordingly, the Stipulation is **APPROVED IN PART**, as follows:

The May 12, 2025 final pretrial conference, and June 3, 2025 jury trial dates are **VACATED**. A trial setting conference is set for July 7, 2025. The deadline for the settlement conference with Judge Guilford (Ret.) is June 27, 2025; provided, however, this is without prejudice to an application to extend this deadline if Judge Guilford (Ret.) is not available to conduct the conference by June 27, 2025. The deadline to file a joint report regarding the procedural status of settlement is June 30, 2025. A post-mediation status conference is set for July 7, 2025, at 11:30 a.m., with the precise time to be set when the final calendar issues for that date.

The evidentiary hearing on the estoppel issue is rescheduled for May 30, 2025, at 8:30 a.m. The evidentiary hearing will be limited to seven hours, with each party allocated three hours and thirty minutes to examine witnesses and present arguments.

**IT IS SO ORDERED.**

Dated: March 19, 2025

JOHN A. KRONSTADT
United States District Judge