1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Intex Recreation Corp., et al. | Lead Case No. 2:16-cv-03300-JAK (Ex) |
| Intex Recreation Corp.,<br><br>Plaintiff,<br>v.<br>Bestway (USA), Inc., et al.<br><br>Defendants. | Consolidated Case No.:<br>2:16-cv-03950 JAK (Ex)<br><br>**JOINT STIPULATION TO EXTEND MEDIATION-RELATED DEADLINES (DKT. 745)** |

Based on a review the Joint Stipulation to Extend Mediation-Related Deadlines ("Stipulation" (Dkt. 745)), sufficient good cause has been shown for the requested relief. Accordingly, the Stipulation is **GRANTED**. The case schedule is amended as follows:

| New Date [Old Date] | Deadline |
|---|---|
| March 6, 2026 [December 17, 2025] | Last day to conduct mediation |
| March 13, 2026 [December 22, 2025] | Deadline to file joint report regarding the procedural status of the Parties' settlement discussions |
| March 16, 2026 [January 12, 2026] | Post-mediation status conference and trial setting conference |

**IT IS SO ORDERED.**

Dated: 12/09/2025

John A. Kronstadt
United States District Judge