# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Intex Recreation Corp., et al. | Lead Case No. 2:16-cv-03300-JAK (Ex) |
| Intex Recreation Corp.,<br><br>Plaintiff,<br><br>v.<br><br>Bestway (USA), Inc., et al.<br><br>Defendants. | Consolidated Case No.:<br>2:16-cv-03950 JAK (Ex)<br><br>**JOINT STIPULATION AND REQUEST TO STAY MEDIATION RELATED DEADLINES (DKT. 747)** |

Based on a review the Joint Stipulation to Extend Mediation-Related Deadlines ("Stipulation" (Dkt. 747)), the Stipulation is **APPROVED**. The deadlines to conduct a mediation and file a joint report regarding its procedural outcome are stayed. The post mediation status conference and trial setting conference, currently set for March 16, 2026, is vacated. Within ten days after the issuance of the order on the May 30, 2025 Evidentiary Hearing on PGR Estoppel, after meeting and conferring, the parties shall submit a joint report with their collective and/or respective position(s) as to a proposed schedule for the mediation, the post-mediation status conference, and the trial setting conference. Based on a review of that joint report, a determination will be made with respect to scheduling those matters.

**IT IS SO ORDERED.**

Dated: March 10, 2026

John A. Kronstadt
United States District Judge

2